IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


THE FLAG CO.,                                    CV 05-1194-HU

        Plaintiff,                               ORDER

     v.

BILL MAYNARD, STEVE ADAMS, and
RONALD THOMAS, a/k/a RONALD
ROTHSTEIN

        Defendants.


MARSH, Judge:

     On January 24, 2005, Magistrate Judge Hubel issued a

Findings and Recommendation that defendants' motions to dismiss

plaintiff's second amended complaint for failure to state a

claim (#65 and #67) should be denied.  Defendants have filed

timely objections and the matter is now before me pursuant to


1 - ORDER

28 U.S.C.§ 636(b)(1)(B) and Fed. R. Civ. P. 72(b) on <u>de novo</u>
review.  <u>See</u> 28 U.S.C. § 636(b)(1)(C); <u>Bhan v. NME Hospitals,
Inc.</u>, 929 F.2d 1404, 1415 (9th Cir. 1991).

Plaintiff asserts separate RICO claims based on 18 U.S.C.
§§ 1962(c) and  (d).  He alleges defendants participated in a
"massive fraud scheme . . . to deceive innocent business owners
throughout the U.S. into purchasing their 'blast fax' services
(a 'blast fax' is a large number of unsolicited facsimile
advertisements sent to potential customers throughout the
nation)."  Pl.s' Second Amended complaint, ¶ 2.

Defendants moved to dismiss for failure to state a claim,
asserting numerous shortcomings in plaintiff's pleading.  Judge
Hubel addressed all of the issues raised by defendants, applied
the proper standard of review, and denied the motions.

Finding no error in the Findings and Recommendation (#78),
I adopt them as my own.  Accordingly, the motions to dismiss of
defendants Maynard and Adams (#65) and defendant Thomas (#67) are
**DENIED.**

IT IS SO ORDERED.

DATED this  17   day of April, 2006.


 /s/  Malcolm F. Marsh
Malcolm F. Marsh
Senior United States District Judge


2 - ORDER

3 - ORDER